UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

BRIAN HOLM,

                Plaintiff,

vs.

LEROY KIRKEGARD, ATTORNEY
GENERAL OF THE STATE OF
MONTANA,

                Defendant.

Case No. CV-16-100-M-DLC-KLD

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment is entered in favor of the Respondents and against the Petitioner.

      Dated this 9th day of October 2019.

                TYLER P. GILMAN, CLERK

                By: /s/ H. Gauthier
                H. Gauthier, Deputy Clerk